IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. **CR-20-232-C** |
| ) | |
| AHMAD M. ASHOUR, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

The United States has moved to dismiss without prejudice the Petition for Warrant or Summons for Offender Under Supervision filed September 28, 2021, for the reason that U.S. Probation Officer Erik Geottsch has advised that Defendant has complied with the terms of his supervised release since his last appearance before the Court. The Government submits that dismissal of the Petition is in the best interest of justice.

It is therefore ORDERED that the Petition for Warrant or Summons for Offender Under Supervision filed September 28, 2021, as to Defendant Ahmad M. Ashour is DISMISSED without prejudice. All previously imposed conditions of release remain in full effect.

IT IS SO ORDERED this 14th day of December 2022.

_____
ROBIN J. CAUTHRON
United States District Judge